00528-4

**Order entered December 13, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01604-CR

### SEAN DYLAN RICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law
Kaufman County, Texas
Trial Court Cause No. 10CL-0268**

---

## ORDER

The clerk's record filed in this appeal does not contain a copy of appellant's October 5, 2012 notice of appeal or a copy of the trial court's certification of appellant's right to appeal following the adjudication proceeding. The certification in the record applies to the January 20, 2010 proceeding and does not carry forward to the adjudication proceeding.

Accordingly, this Court **ORDERS** the Kaufman County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing copies of the October 5, 2012 notice of appeal and the certification of appellant's right to appeal that relates to the October 3, 2012 adjudication hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Erleigh Norville Wiley, Presiding Judge, County Court at Law; the Kaufman County Clerk; and counsel for all parties.

DAVID L. BRIDGES
JUSTICE